# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Rachel Mathews<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 1:11-MJ-92

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February through April, 2011___ in the county of ___Hamilton and elsewhere___ in the ___Eastern___ District of ___Tennessee___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 3 | Accessory after the fact; |
| 18 U.S.C § 4 | Misprison of felony. |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Hennessee, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___04/08/2011___

_____
*Judge's signature*

City and state: ___Chattanooga, Tennessee___

Judge William B. Carter
*Printed name and title*