## AFFIDAVIT OF MATTHEW A. HENNESSEE

This Affiant, Matthew A. Hennessee, Safe Streets Task Force Officer, Federal Bureau of Investigation, being duly sworn, states the following:

1.      I am a Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI), Knoxville Division, Chattanooga Resident Agency. This Affiant has been employed as a police officer for approximately seventeen years and a Task Force Officer of the FBI for approximately ten years.

2.      Your affiant learned the information provided in this affidavit through conversations with other members of law enforcement-including those agents who interviewed the participants in the crimes which will be discussed herein, interviews with cooperating witnesses, confessions of participants, and personal observation and investigation.

3.      On February 12, 2011, Jesse Mathews ("Mathews") robbed the Cash America Pawn Store located at or near 2205 Mont Bello Square Drive, Colorado Springs, CO with a firearm. Mathews took sixteen firearms, approximately $10,000 in United States Currency, and jewelry. At the time Mathews robbed the Cash America Pawn Store it was engaged in and affected interstate commerce. He brandished the firearm during this robbery. Affiant learned this information via interviews with other members of law enforcement as well as interviews with Mathews' family members, listed below, who admitted to law enforcement that Mathews confessed this crime to them.

4.      At the time of the robbery, Mathews was in custody at a halfway house in Colorado Springs. Mathews was on parole for a felony conviction of robbery for which he served approximately eight years of a twenty year sentence. Affiant learned this information via

Page 1 of 7

Case 1:11-cr-00037-TRM-SKL   Document 1-1   Filed 04/08/11   Page 1 of 7   PageID #: 2

interviews with other members of law enforcement including members of the Colorado Department of Corrections.

5.    Shortly after the robbery, Mathews absconded from the custody of the halfway house in Colorado Springs, CO. Mathews wired money to his sister, Rachel Mathews ("Rachel"), in order for her to buy a plane ticket to fly to meet him in Colorado so she could help him escape. Rachel flew to Colorado that day. Mathews informed Rachel he committed the Pawn Store robbery and that he escaped from the halfway house. Rachel, along with one of Mathews' girlfriends, then aided Mathews in evading law enforcement by moving with him from hotel room to hotel room, providing him food, etc.. Rachel bought bus tickets for she and Mathews who traveled to Nashville, TN via bus. Rachel bought the tickets under false names. James Poteete ("Poteete") picked up Mathews and Rachel from the bus station. Mathews paid Poteete $1,000 to drive he and Rachel to Asheville, NC. Affiant is aware that Rachel and Poteete admitted all of this to ATF and FBI.

6.    In Asheville, NC they met Mathews' parents, Ray ("Ray") and Kathleen ("Kathleen") Mathews. On or about March 6, 2011, Mathews, Ray, and Kathleen were seen by a witness moving into the Microtel Hotel in Chattanooga, TN. This witness later became Mathews' girlfriend ("Girlfriend"), and law enforcement has corroborated much of the information that Girlfriend provided. Kathleen rented the hotel under the name "Kathleen Moore." Mathews introduced himself to a witness at the Microtel as "Kevin Moore." Kathleen and Ray also referred to their son, Mathews, as "Kevin Moore." Mathews informed Kathleen and Ray that he was a fugitive and that he had committed the robbery of the Pawn Store in Colorado Springs. While at the Microtel, the Colorado Department of Corrections ("CDOC") called

Case 1:11-cr-00037-TRM-SKL   Document 1-1   Filed 04/08/11   Page 2 of 7   PageID #: 3

Kathleen and asked if she knew where her son, Mathews, was. Kathleen told CDOC that she had not seen Mathews, but she would inform them if she did. This was at least the second time that Kathleen lied to law enforcement about Mathews' whereabouts. She also lied to law enforcement in Asheville, NC all the while knowing that Mathews was a fugitive who had robbed a business that affected interstate commerce. Affiant is aware that Rachel, Poteete, Kathleen, and Ray all provided this information in interviews with ATF and FBI.

7. On or about March 16, 2011, Kathleen and Ray moved into a house in Chattanooga. Poteete drove down from his home in Antioch, TN, and he and Matthews helped move Kathleen and Ray. Poteete admitted this and further admitted to ATF that one of the items he moved was a bullet proof vest into Kathleen and Ray's house. Mathews moved in with an employee of the Microtel ("Girlfriend") who knew him as "Kevin Moore." Girlfriend confirmed this information as did law enforcement interviews with her roommate.

8. On or about March 27, 2011, Mathews and his Girlfriend went to the R.K. Shows gun show at the National Guard Armory in Chattanooga. Mathews spoke to someone there for about thirty minutes and then left. Mathews then called Ray and said "bring the family collection." Phone records confirm a conversation between their phone numbers at this time. Less than hour later Kathleen and Ray met Mathews and Girlfriend at Girlfriend's residence. Kathleen and Ray transferred between ten and twelve firearms to Mathews. At the time they gave the firearms to Mathews, they were aware he was a convicted felon. These firearms, also known as "the family collection," were some of the firearms Mathews stole in the robbery of the Pawn Shop in Colorado Springs. Interviews with vendors from the gun show confirm this information which Girlfriend originally provided. Furthermore, Ray and Kathleen admitted these

Case 1:11-cr-00037-TRM-SKL   Document 1-1   Filed 04/08/11   Page 3 of 7   PageID #: 4

facts during interviews with ATF and FBI.

9. Mathews and Girlfriend took the firearms back to R.K. Shows gun show at the Armory where Mathews traded three of the stolen firearms for an M-4 assault rifle. ATF and FBI have since recovered these stolen firearms (those traded for the M-4). Girlfriend provided this information which was corroborated by gun show vendors and ATF's recovery of the weapons.

10. On or about March 28, 2011, Ray and Kathleen drove Mathews to Nashville, TN. According to Ray, they were supposed to drop Mathews off at the bus depot. Their plan was for Mathews to travel to New York, NY to acquire false identification which he would use to escape into Canada. For some reason, this plan never came to fruition.

11. On or about March 29, 2011, Mathews was back in Chattanooga. Before Mathews returned to Chattanooga he met Poteete. Poteete admitted that he saw Mathews in possession of the previously mentioned M-4 in a guitar case. Mathews resumed staying at the Girlfriend's house. Kathleen and Ray admitted they were aware that Mathews was back in Chattanooga.

12. On April 2, 2011, a witness told law enforcement he/she saw Mathews leaving Girlfriend's house with the previously mentioned guitar case. Mathews took Girlfriend's car. According to Girlfriend Mathews told her that he was going to eat and then go to his parents' house. Girlfriend said she never saw Mathews in possession of a bullet proof vest as long as he stayed at her house. Later that morning Mathews attempted to rob the US Money Shops located at or near 5952 Brainerd Road. The Chattanooga Police Department arrived on the scene and foiled the robbery. Mathews engaged the Chattanooga Police in a gun battle in which Mathews killed Chattanooga Police Department Sergeant Tim Chapin. CPD officers subdued Mathews

who was wearing a bullet proof vest. CPD recovered two firearms from Mathews. These two firearms were among those Mathews stole from the pawn shop in Colorado Springs.

13. CPD located Girlfriend's car on the scene of the robbery. Inside the car CPD found the guitar case which contained the M-4 semi-automatic assault rifle.

14. Later that day law enforcement recovered among other things two more of the stolen guns from Girlfriend's house among Mathews' things.

15. Early April 3, 2011, law enforcement searched Kathleen and Ray's house and recovered ammunition. The ammunition was in the trunk of Kathleen and Ray's car and in a drawer in the house. Kathleen explained how some of the ammunition ended up in the trunk of their car.

16. On or about April 4, 2011, Rachel and Poteete arrived at Kathleen and Ray's house. Kathleen gave Rachel and Poteete a key to a storage unit in Chattanooga and directed them to go to the storage unit and get the firearms out of it. Rachel and Poteete did as they were told and took out at least six firearms. Poteete took the six firearms to his residence in Antioch, TN. Four of those firearms Mathews had stolen from the pawn shop in Colorado. Rachel, Kathleen, and Poteete all admitted this information to law enforcement.

17. On or about April 6, 2011, Rachel called Poteete and told him to get rid of the firearms including the stolen firearms. Rachel used code to convey this message. Poteete threw the firearms away. Kathleen then called Poteete and warned him that ATF and/or FBI knew he had the firearms and were coming to retrieve them. Poteete then retrieved the firearms and wiped them down to conceal his fingerprints. ATF did recover the firearms from Poteete. Rachel and Poteete admitted these facts to law enforcement.

Case 1:11-cr-00037-TRM-SKL   Document 1-1   Filed 04/08/11   Page 5 of 7   PageID #: 6

18. ATF and FBI have now interviewed Rachel, Kathleen, Ray, and Poteete who all confessed. All four admitted knowing that Mathews had robbed the pawn shop in Colorado as well as that he was an escapee from the halfway house. They were also aware that he robbed other businesses in Colorado. They admitted that they had this knowledge and assisted Mathews avoid apprehension for these robberies and for his escape. They admitted that they did they not tell law enforcement about Mathews' location and his crimes, and they also actively hid this information from law enforcement. Kathleen and Ray admitted to knowingly transferring and disposing of firearms to Mathews whom they knew was a convicted felon. Kathleen further admitted to possessing ammunition and firearms while in the Eastern District of Tennessee. All four admitted to committing these offenses in the Eastern District of Tennessee.

19. Your affiant is aware that a computer inquiry revealed that Kathleen is a convicted felon who has at least the following felony convictions: Manslaughter. Furthermore, Kathleen admitted that she had this conviction to law enforcement from whom your affiant has learned this.

20. All of the firearms and ammunition mentioned herein did travel in and affect interstate commerce. Your affiant is aware that these firearms were not manufactured in Tennessee, and Mathews did bring them to Tennessee from Colorado.

Based on these facts your affiant submits that there is probable cause to arrest Rachel Mathews, Kathleen Mathews, Ray Mathews, and James Poteete for the following violations:

a. Title 18, United States Code, Section 3, namely, being an accessory after the fact to Mathews' multiple violations of Title 18, United States Code, Sections 1951 and 924(c);

b. Title 18, United States Code, Section 4,namely Misprision of the aforementioned

Case 1:11-cr-00037-TRM-SKL   Document 1-1   Filed 04/08/11   Page 6 of 7   PageID #: 7

felonies.

Furthermore, there is probable cause to arrest Kathleen Mathews and Ray Mathews for the following violation:

c. Title 18, United States Code, Section 922(d), namely, disposing of firearms to a convicted felon.

Additionally, there is probable cause to arrest Kathleen Mathews for the following violation:

d. Title 18, United States Code, Section 922(g)(1), namely, possession of a firearm and ammunition by a convicted felon.

Matthew A. Hennessee, Affiant

Sworn to and subscribed before me this 8th day of April, 2011.

William B. Mitchell Carter
U.S. Magistrate Judge