UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:11-cr-37 |
| ) | |
| KATHLEEN MATHEWS, ) | |
| RACHEL MATHEWS, ) | Judge Mattice/Lee |
| RAY VANCE MATHEWS, and ) | |
| JAMES DAVID POTEETE ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that between in or about February 2011 and continuing through on or about April 6, 2011, in the Eastern District of Tennessee and elsewhere, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to commit offenses against the United States, that is: they conspired to obstruct justice by corruptly concealing firearms stolen and possessed by Jesse Mathews, with intent to impair the firearms' integrity and availability for use in official proceedings, that is, the federal prosecution of Jesse Mathews for the offenses of Hobbs Act robbery, possession of a firearm during and in relation to a crime of violence, and felon in possession of a firearm; in violation of Title 18, United States Code, Section 1512(k).

## COUNT TWO

The Grand Jury charges that between in or about February 2011 and continuing through on or about April 6, 2011, in the Eastern District of Tennessee and elsewhere, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, knowing that an offense against the United States had been committed, that is, the Hobbs Act Robbery of the Cash America Pawn Store on or about February 11, 2011, in Colorado Springs, Colorado, in violation of Title 18, United States Code, Section 1951, did receive, relieve, comfort, and assist the offender, Jesse Mathews, in order to hinder and prevent the offender's apprehension, trial, and punishment; in violation of Title 18, United States Code, Sections 3 and 2.

## COUNT THREE

The Grand Jury further charges that between in or about February 2011 and continuing through on or about April 6, 2011, in the Eastern District of Tennessee and elsewhere, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, knowing that an offense against the United States had been committed, that is, the using and carrying of a firearm during and in relation to the robbery of the Cash America Pawn Store on or about February 11, 2011, in Colorado Springs, Colorado, in violation of Title 18, United States Code, Section 924(c), did receive, relieve, comfort, and assist the offender, Jesse Mathews, in order to hinder and prevent the offender's apprehension, trial, and punishment; in violation of Title 18, United States Code, Sections 3 and 2.

## COUNT FOUR

The Grand Jury further charges that between in or about February 2011 and continuing through on or about April 6, 2011, in the Eastern District of Tennessee and elsewhere, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, the Hobbs Act Robbery of the Cash America Pawn Store on or about February 11, 2011, in Colorado Springs, Colorado, in violation of Title 18, United States Code, Section 1951, did conceal the same by harboring Jesse Mathews and hiding his firearms, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Sections 4 and 2.

## COUNT FIVE

The Grand Jury further charges that between in or about February 2011 and continuing through on or about April 6, 2011, in the Eastern District of Tennessee and elsewhere, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, the using and carrying of a firearm during and in relation to the robbery of the Cash America Pawn Store on or about February 11, 2011, in Colorado Springs, Colorado, in violation of Title 18, United States Code, Section 924(c), did conceal the same by harboring Jesse Mathews and hiding his firearms, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Sections 4 and 2.

## COUNT SIX

The Grand Jury further charges that between on or about March 6, 2011 and on or about April 6, 2011, in the Eastern District of Tennessee, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), did conceal the same by harboring Jesse Mathews and hiding his firearms, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Sections 4 and 2.

## COUNT SEVEN

The Grand Jury further charges that between on or about March 6, 2011 and on or about April 6, 2011, in the Eastern District of Tennessee, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, knowing that an offense against the United States had been committed, that is, felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), did receive, relieve, comfort, and assist the offender, Jesse Mathews, in order to hinder and prevent the offender's apprehension, trial, and punishment; in violation of Title 18, United States Code, Sections 3 and 2.

**COUNT EIGHT**

The Grand Jury further charges that on or about March 27, 2011, in the Eastern District of Tennessee, the defendants, KATHLEEN MATHEWS and RAY VANCE MATHEWS, aided and abetted by one another, knowingly transferred firearms to Jesse Mathews, knowing and having reasonable cause to believe that he had been convicted of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 922(d) and 2.

**COUNT NINE**

The Grand Jury further charges that on or about March 27, 2011, in the Eastern District of Tennessee, the defendant, KATHLEEN MATHEWS, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TEN**

The Grand Jury further charges that on or about April 3, 2011, in the Eastern District of Tennessee, the defendant, KATHLEEN MATHEWS, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT ELEVEN**

The Grand Jury further charges that on or about April 4, 2011, in the Eastern District of Tennessee, the defendant, KATHLEEN MATHEWS, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWELVE

The Grand Jury further charges that between on or about April 4, 2011 and on or about April 6, 2011, in the Eastern District of Tennessee, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, did corruptly conceal firearms stolen and possessed by Jesse Mathews, with intent to impair the firearms' integrity and availability for use in an official proceeding, that is, federal prosecution of Jesse Mathews for the Hobbs Act Robbery of the Cash America Pawn Store on or about February 11, 2011, in Colorado Springs, Colorado; in violation of Title 18, United States Code, Sections 1512(c) and 2.

## COUNT THIRTEEN

The Grand Jury further charges that between on or about April 4, 2011 and on or about April 6, 2011, in the Eastern District of Tennessee, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, did corruptly conceal firearms stolen and possessed by Jesse Mathews, with intent to impair the firearms' integrity and availability for use in an official proceeding, that is, federal prosecution of Jesse Mathews for the using and carrying of a firearm during and in relation to the robbery of the Cash America Pawn Store on or about February 11, 2011, in Colorado Springs, Colorado; in violation of Title 18, United States Code, Sections 1512(c) and 2.

## COUNT FOURTEEN

The Grand Jury further charges that between on or about April 4, 2011 and on or about April 6, 2011, in the Eastern District of Tennessee, the defendants, KATHLEEN MATHEWS, RACHEL MATHEWS, RAY VANCE MATHEWS, and JAMES DAVID POTEETE, aided and abetted by one another, did corruptly conceal firearms stolen and possessed by Jesse Mathews, with intent to impair the firearms' integrity and availability for use in an official proceeding, that is, federal prosecution of Jesse Mathews for being a felon in possession of a firearm; in violation of Title 18, United States Code, Sections 1512(c) and 2.

A TRUE BILL

 s/ Foreperson
GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
United States Attorney

By: s/ Steven S. Neff      s/ Christopher D. Poole
    Steven S. Neff              Christopher D. Poole
    Assistant U. S. Attorney    Assistant U. S. Attorney

7