AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### FILED
for the
Eastern District of Tennessee

2011 AUG -8 A 9:10

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br>Rachel Mathews<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:11-MJ-97<br><br>1:11CR-37 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rachel Mathews                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Accessory after the fact; Misprison of felony.


Date: 4-8-2011                              _Bill Carter_____
                                             *Issuing officer's signature*
                                             WILLIAM B. MITCHELL CARTER
City and state:   Chattanooga, Tennessee     UNITED STATES MAGISTRATE JUDGE
                                             *Printed name and title*

---
### Return

This warrant was received on *(date)* 4-8-11, and the person was arrested on *(date)* 4-8-11
at *(city and state)* Chattanooga TN.

Date: 4-8-11                                 _____
                                             *Arresting officer's signature*
                                             SA FBI
                                             *Printed name and title*

---

FID# 2075746                                                        1174-0408-1127-J

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Rachel Mathews<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:11-MJ-93 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February through April, 2011__ in the county of __Hamilton and elsewhere__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 3 | Accessory after the fact; |
| 18 U.S.C § 4 | Misprison of felony. |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Hennessee, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/08/2011__

_____
*Judge's signature*

City and state: __Chattanooga, Tennessee__

Judge William B. Carter
*Printed name and title*